ACCEPTED
03-15-00427-CV
8292959
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 5:07:33 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00427-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 5:07:33 PM
JEFFREY D. KYLE
Clerk

# In the Court of Appeals
# For the Third Judicial District
# Austin, Texas

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS

*Appellants,*

*v.*

AUTOHAUS LP, LLP,

*Appellee.*

On Appeal from the 419th Judicial District Court
Travis County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee Autohaus LP, LLP moves to extend the time to file the appellee's brief, by forty-five (45) days, from the current deadline of Wednesday, January 13, 2016, to a proposed new deadline of Monday, February 29, 2016.

## I.

Appellee has received no prior extensions of time to file its brief.

## II.

Appellee's brief is currently due Wednesday, January 13, 2016. Appellee seeks an additional forty-five days to file its brief, which would extend the deadline to Monday, February 29, 2016.

## III.

This extension is necessary due to the upcoming Christmas and New Year's holidays, during which counsel for Appellees will either be out of the office or traveling, and because during the current forty-five day period for preparing Appellee's brief, Appellee's counsel is responsible for:

(1) Preparation for an upcoming administrative hearing currently set for January 20, 2016 in the State Office of Administrative Hearings, Hearing Nos. 111,864-111,869, which concerns a refund of Texas franchise tax;

(2) Preparing and filing a Petition for Redetermination and Statement of Grounds on behalf of a client who has received an assessment for Texas sales and use tax from the Texas Comptroller;

(3) Preparation of claims for a refund of Texas franchise tax on behalf of a client;

(4) Representing client under audit by the Texas Comptroller of Public Accounts; and

(5) Handling various other matters for client that will need to be coordinated with the drafting and filing of this brief in this case.

## IV.

Appellants do not oppose this motion for extension of time.

462859

Respectfully submitted,

/s/ Alex J. Pilawski_____
**DAVID E. COLMENERO**
State Bar No. 24001908
**ALEX J. PILAWSKI**
State Bar No. 24074899
MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
dcolmenero@meadowscollier.com
apilawski@meadowscollier.com

**ATTORNEYS FOR APPELLEE**


## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for Appellants, Cynthia A. Morales, regarding the foregoing motion, and she advised me that Appellants are not opposed to the foregoing motion.


/s/ Alex J. Pilawski_____
ALEX J. PILAWSKI


## CERTIFICATE OF SERVICE

On December 17, 2015, this Unopposed Motion for Extension of Tile to File Appellee's Brief was served via efile.txcourts.gov and/or email on:

Cynthia A. Morales
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
Post Office Box 12548
Austin, Texas 78711-2548
Cynthia.morales@texasattorneygeneral.gov


/s/ Alex J. Pilawski_____
ALEX J. PILAWSKI

462859